# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

# CIVIL MINUTES

**Case No**: Cv. 04-1112-MA  **Proceeding Date:** August 25, 2005

**Case Title:** Philip Narducci v. Charles Daniels

**Presiding Judge**: Malcolm F. Marsh  **Courtroom Deputy**: Connie Armstrong (kg)

**Reporter:**  **Tape No:**

| PLAINTIFFS' COUNSEL | DEFENDANTS' COUNSEL |
|---|---|
| (1) | (1) |
| (2) | (2) |
| (3) | (3) |
| (4) | (4) |

NOTIFICATION:

**Docket** Entry:

Pursuant to petitioner's Notice of Objection to Denial of Certificate of Appealability (Doc. #19), I find that I need not have entered an order denying petitioner a certificate of appealability (Doc. #18) on August 8, 2005, because petitioner brought this action pursuant to 28 USC §2241 and did not seek to challenge his conviction or sentence. Accordingly, the Order Denying Certificate of Appealability is stricken.

**Document Number:** _____
**CIVIL MINUTES**